IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: CV 08 80226 MISC VRW

**ORDER TO SHOW CAUSE**

Thomas August Casazza - #98678

_____/

It appearing that Thomas August Casazza has been enrolled as an inactive member of the State Bar of California by court order, he may not practice law in the State of California effective September 19, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

NOV 24 2008

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Thomas August Casazza
Attorney At Law
331 J Street, Suite 100
Sacramento, CA 95814