**FILED**

JAN 12 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-08-80226 MISC VRW

Thomas August Casazza,
                                      ORDER
    State Bar No 98678
_____/

On November 24, 20008, the court issued an order to show cause (OSC) why Thomas August Casazza should not be removed from the roll of attorneys authorized to practice law before this court, based on administrative enrollment by the State Bar as inactive, effective September 19, 2008. The OSC was mailed to Mr Casazza's address of record with the State Bar and was returned by the post office. No response to the OSC has been filed.

The court now orders Thomas August Casazza removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

                                      VAUGHN R WALKER
                                      United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Case Number: C 08-80226 MISC VRW

Thomas August Casazza ,

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas August Casazza
416 Cranston Ct
El Dorado Hills, CA 95762-5471

Dated: January 12, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*